```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 16461
    EMANUEL THOMAS
    WILLIE S THOMAS                              CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4607     SSN XXX-XX-8248

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/13/2006 and was confirmed 06/13/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED              .00           .00            .00
CITY OF CHICAGO WATER DE  SECURED           741.00           .00            .00
COOK COUNTY TREASURER     SECURED              .00           .00            .00
EMC MORTGAGE CORPORATION  CURRENT MORTG       .00           .00            .00
EMC MORTGAGE CORPORATION  MORTGAGE ARRE       .00           .00            .00
PEOPLES GAS CREDIT UNION  SECURED VEHIC  28000.00           .00        1357.49
PEOPLES GAS CREDIT UNION  UNSECURED       3973.41           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       10764.26           .00            .00
ANDERSON CRENSHAW ASSO    UNSECURED      NOT FILED          .00            .00
ARIZONA MAIL ORDER        UNSECURED      NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED        344.53           .00            .00
FINGERHUT                 UNSECURED      NOT FILED          .00            .00
PREMIER BANCARD CHARTER   UNSECURED        455.85           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        575.51           .00            .00
HSBC NV                   UNSECURED      NOT FILED          .00            .00
HSBC NV                   UNSECURED      NOT FILED          .00            .00
LEWMAGRAM                 UNSECURED      NOT FILED          .00            .00
NCO COLLECTION AGENCY     UNSECURED      NOT FILED          .00            .00
NEWPORT NEWS              UNSECURED      NOT FILED          .00            .00
AT&T WIRELESS             UNSECURED        310.08           .00            .00
PARK DANSEN               UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       1020.42           .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED          .00            .00
RJM ACQUISITIONS          UNSECURED         90.97           .00            .00
SHELL/CITI                UNSECURED      NOT FILED          .00            .00
SOCIAL SECURITY ADMINIST  UNSECURED       8360.00           .00            .00
WORLD FINANCIAL CAPITAL   UNSECURED        741.04           .00            .00
WORLD FINANCIAL CAPITAL   UNSECURED        120.69           .00            .00
WORLD FINANCIAL CAPITAL   UNSECURED         70.23           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       1192.69           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         104.26           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 16461 EMANUEL THOMAS & WILLIE S THOMAS
```

```
TONY DARRELL THOMAS       NOTICE ONLY    NOT FILED            .00          .00
WORLD FINANCIAL NETWORK   UNSECURED         121.01            .00          .00
SOCIAL SECURITY ADMINIST  UNSECURED             .00           .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,363.00                        2.60
TOM VAUGHN                TRUSTEE                                        89.91
DEBTOR REFUND             REFUND                                           .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```
                            RECEIPTS         DISBURSEMENTS
```
--------------------------------------------------------------------------------
```
TRUSTEE                     1,450.00

PRIORITY                                              .00
SECURED                                          1,357.49
UNSECURED                                             .00
ADMINISTRATIVE                                       2.60
TRUSTEE COMPENSATION                                89.91
DEBTOR REFUND                                         .00
                          ---------------    ---------------
TOTALS                      1,450.00             1,450.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 01/28/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 06 B 16461 EMANUEL THOMAS & WILLIE S THOMAS